# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **ANGELA TIPTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. 6:21-cv-00703-PGB-EJK** |
| ) | |
| **CAMBRIDGE MANAGEMENT** ) | |
| **SERVICES, INC., Florida profit** ) | |
| **corporation,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, ANGELA TIPTON, and Defendant, CAMBRIDGE MANAGEMENT SERVICES, INC., hereby submit this Joint Stipulation for Dismissal, without prejudice, each party to bear their own attorneys' fees and costs.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 26th day of October, 2021.

Respectfully submitted.

| THE LEACH FIRM, P.A.<br>631 South Orlando Avenue, Ste. 300<br>Winter Park, Florida 32789<br>Telephone:  (407) 574-4999<br>Facsimile: (407) 523-6824<br><br><br>By:  _/s/ Bruce A. Mount_____<br>　　　Anthony Hall<br>　　　Florida Bar No. 40924<br>　　　ahall@theleachfirm.com<br><br>　　　Bruce A. Mount<br>　　　Florida Bar No. 88754<br>　　　bmount@theleachfirm.com<br><br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br>Facsimile:    (407) 246-8441<br><br><br>By:  _/s/ Donald C. Works, III_____<br>　　　Donald C. Works, III<br>　　　Florida Bar No. 340308<br>　　　donald.works@jacksonlewis.com<br><br>　　　Madonna M. Snowden<br>　　　Florida Bar No. 124522<br>　　　Madonna.snowden@jacksonlewis.com<br><br>Attorneys for Defendant |

4884-7789-1328, v. 1